LEO ADAMS, an Infant, by His Guardian ad Litem, MARCY E. ADAMS, Respondent, v. GEORGE BULLOCK, as Receiver of the BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred, except Foote and De Angelis, JJ., who dissented and voted for reversal and dismissal of the complaint, upon the ground that no actionable negligence on the part of the defendant was shown.

GEORGE H. GUNN, Respondent, v. MERCEN C. ROBINSON, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the proof as to the effect of the plaintiff's illness upon the prosperity of his business and the evidence of his loss of profits therein and the sale of the business at a loss were incompetent and improperly received upon the question of plaintiff's damages. We think the point was sufficiently raised by exception and was not waived by failure to except to the judge's charge on that subject. All concurred.

THE ONONDAGA COUNTY SAVINGS BANK, Respondent, v. MARY A. NOLAN and Another, Respondents. JACOB R. BUECHELER, Purchaser, Appellant. — Order affirmed, with ten dollars costs and disbursements. All concurred.

JOHN MURPHY, Respondent, v. JAMES EGAN, Individually and as Executor, etc., Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. All concurred.

OWEN F. LUKER, Respondent, v. HORACE E. FITZER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. Held, we are of the opinion that the County Court properly denied the application to bring in the holder of the tax title as a party in the foreclosure action. There may be grounds for staying the foreclosure action until the determination of the pending action involving the tax title. All concurred.

JOHN HENRY McGILL, Respondent, v. ESTHER B. McGILL, Appellant.— Order affirmed, without costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GUY M. CLEMENT, Respondent, v. JOHN W. MULLEN, as County Treasurer of Genesee County, and Another, Appellants.— Order reversed, with costs, and petition dismissed, without costs, upon the authority of Raymond v. Clement (118 App. Div. 528; affd., 194 N. Y. 560) and People ex rel. Derrick v. Somers, decided by this court March 12, 1919. (See 187 App. Div. 968.) All concurred.